# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICE OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:) | ) | CHAPTER 7 CASE NO. 14-11633 |
| **CARRIE MEHL** | ) | **JUDGE JESSICA PRICE SMITH** |
| Debtor | ) | **OBJECTION TO EXEMPTION CLAIMED** |

Now comes Mary Ann Rabin, Trustee herein, and objects to the following exemption claimed:

Debtor claimed an exemption under § 2329.66(A)(13) for 75% of the funds in the PNC checking account, but the funds in this account were co-mingled with funds that were not wages. Money was dispensed from the account. It is impossible to segregate money that might have been wages.

WHEREFORE, Trustee prays that the exemption claimed be disallowed.

Respectfully Submitted;

/s/ Mary Ann Rabin
MARY ANN RABIN (0000009)
Rabin & Rabin Co., LPA
55 Public Square, Suite 1510
Cleveland, Ohio 44113
(216) 771-8084
Facsimile No. (216)771-4615
mrabin@rabinandrabin.com

# **S E R V I C E**

A copy of the foregoing Objection was mailed on this 28th day of April, 2014 by ordinary U.S. mail, postage prepaid to:

Carrie Mehl
42781 Galaxy Dr.
Elyria, OH 44035

ECF Service to:

- Edward A Bailey    bknotice@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- William J Balena    docket@ohbksource.com, debra@ohbksource.com
- Faye Dian English    bknotice@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Mary Ann Rabin    trusteemail@rabinandrabin.com, mrabin@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

/s/ Mary Ann Rabin
Mary Ann Rabin