**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 14-11633** |
| | ) | |
| **CARRIE MEHL** | ) | **CHAPTER 7 PROCEEDINGS** |
| | ) | |
| **Debtor.** | ) | **JUDGE JESSICA PRICE SMITH** |
| | ) | |

### NOTICE ON MOTION FOR TURNOVER OF FUNDS UPON DEBTOR

**PLEASE TAKE NOTICE** that on April 28, 2014 Mary Ann Rabin, Trustee, filed a Motion for Turnover of Funds Upon Debtor (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objection or other response to the Motion must be filed with the Clerk of Court at the United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Ave., Cleveland, OH 44114 and simultaneously served on Mary Ann Rabin, Rabin & Rabin Co., LPA, 55 Public Square, Suite 1510, Cleveland, OH 44113, counsel for the Trustee **so as to be filed and served no later than, May 22, 2014**.

**PLEASE TAKE FURTHER NOTICE** that, if no objection to the Motion is timely filed and served, the Court may grant the relief requested in the Motion without further notice or hearing thereon.

Respectfully submitted,

/s/ Mary Ann Rabin
Mary Ann Rabin (0000009)
Rabin and Rabin Co. LPA
55 Public Square   Suite 1510
Cleveland, OH 44113
(216) 771-8084
(216) 771-4615 Facsimile
mrabin@rabinandrabin.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served this **28th day of**

**April, 2014**:

Carrie Mehl
42781 Galaxy Dr.
Elyria, OH 44035

ECF Service to:

- Edward A Bailey    bknotice@reimerlaw.com, RACJ.ecfndoh@yahoo.com

- William J Balena    docket@ohbksource.com, debra@ohbksource.com

- Faye Dian English    bknotice@reimerlaw.com, RACJ.ecfndoh@yahoo.com

- Mary Ann Rabin    trusteemail@rabinandrabin.com, mrabin@ecf.epiqsystems.com

- United States Trustee    (Registered address)@usdoj.gov

/s/ Mary Ann Rabin
Mary Ann Rabin

2